

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| RUSSELL MILLER AND JULIET INVESTMENTS, INC., | § | No. 08-13-00091-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | 168th District Court |
| v. | | |
| | § | of El Paso County, Texas |
| DARLENE ARGUMANIZ, INDIVIDUALLY AND ON BEHALF OF ARGMIL, INC., | § | (TC# 2013DCV1031) |
| | § | |
| Appellee. | | |
| | § | |

# O R D E R

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **February 28, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. John P. Mobbs, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before February 28, 2014.

IT IS SO ORDERED this 29th day of January, 2013.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.